JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| **SYNERON MEDICAL LTD.,**<br>    Plaintiff,<br><br>vs.<br><br>**INVASIX, INC., et al.,**<br>    Defendants. | Case No.: SA CV 16-0143-DOC (KESx)<br><br>**ORDER RE: APLICATIONS TO FILE UNDER SEAL [211] [268] [271] [274] [277] [280] [284] [292] [299]; AND ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF SPECIAL MASTER [261] [262] [263] [265]** |

1    Before the Court are Applications to File Under Seal (Dkts. 211, 268, 271, 274, 277, 280, 284, 292, 299). The Court GRANTS the following Applications to File under Seal (Dkts. 211, 268, 271, 274, 277, 280, 284, 292). The Court DENIES Plaintiff's Application to File under Seal (Dkt. 299) Syneron's Notice of Record re: Special Master Proceedings, for the reasons explained in Defendants' Response (Dkt. 303).

Also before the Court are Plainff Syneron Medical Ltd. and Defendants Inmode MD Ltd. and Invasix, Inc.'s Objections (Dkts. 266, 283, 284-2, 286, 287) to the Special Master's Reports and Recommendations with respect to: (1) Claim Construction (Dkt. 261); (2) Motions to Strike Testimony of Roy Weinstein and Christopher Bakewill (Dkt. 262); (3) Motions for Summary Judgment and Other Pending Motions (Dkt. 265); and (4) Plaintiff's Objections to the Tentative Special Master's Report and Recommendations on Motions for Summary Judgment (Dkt. 263) (collectively, "R&Rs"). The Court heard oral argument on September 24 and 27, 2018.

Pursuant to Fed. R. Civ. P. 53(f)(3)–(4) and pursuant to the Order Appointing Special Master (Dkt. 220), the Court has engaged in a *de novo* review of those portions of the R&Rs to which the parties have objected. Having reviewed the papers and considered the parties' arguments, the Court APPROVES and ACCEPTS the Special Master's Reports and Recommendations.

It is therefore ORDERED that Summary Judgment is GRANTED in favor of Defendants on the ground of invalidity of the asserted claims of the patents-in-suit.

DATED: September 28, 2018

*David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE