IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SYNERON MEDICAL LTD.,<br><br>Plaintiff,<br><br>v.<br><br>INVASIX, INC. and INMODE MD LTD.,<br><br>Defendants. | Case No. 8:16-cv-00143-DOC-KES<br><br>**JUDGMENT [318]**<br><br>Ctrm: 9D<br>Judge: Honorable David O. Carter |

IT IS ORDERED AND ADJUDGED as follows:

Judgment is entered in favor of Defendants InMode MD Ltd. and Invasix, Inc. (collectively "Defendants") on Plaintiff Syneron Medical Ltd.'s ("Syneron") claims for infringement pursuant to the Court's ORDER RE: APLICATIONS TO FILE UNDER SEAL [211] [268] [271] [274] [277] [280] [284] [292] [299]; AND ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF SPECIAL MASTER [261] [262] [263] [265] (ECF No. 306) dated September 28, 2018. Syneron shall take nothing on its claims against Defendants and its claims against Defendants are DISMISSED WITH PREJUDICE.

Judgment is entered in favor of Defendants on their counterclaims as to requests for declaratory judgement of invalidity pursuant to that same ruling as follows: claims 1–4, 7–10, 13–14, 16–17, 19–21, 23–25, 27, and 30 of U.S. Patent No. 8,496,654 ("the '654 patent"); claims 1–7, 10–13, 16–18, 20–22, and 24–28 of U.S. Patent No. 9,108,036 ("the '036 patent"); claim 29 of U.S. Patent No. 6,148,232 ("the '232 patent"); and claims 10, 11, and 18 of U.S. Patent No. 6,615,079 ("the '079 patent") are invalid as anticipated and claims 11, 12, 28, and 29 of the '654 patent; claims 14 and 15 of the '036 patent; claim 30 of the '232 patent; and claim 25 of the '079 patent are invalid as obvious.

Defendants' counterclaims as to requests for declaratory judgement of non-infringement are DISMISSED WITHOUT PREJUDICE as moot.

Defendants are prevailing parties in this litigation.

All relief not specifically granted herein is hereby denied. All pending motions not previously ruled on are hereby denied as moot. This judgment thus disposes of all claims and counterclaims before the Court. This judgment and its dismissals are entered subject to and without waiver of appellate rights. This is a final, appealable judgment. The Court retains jurisdiction solely with respect to requests for costs and fees, if any are made.

DATED: October 29, 2018

*David O. Carter*
Honorable David O. Carter
UNITED STATES DISTRICT JUDGE